UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTRATEXT, SA, on behalf of itself and all others similarly situated,  Plaintiff, <br><br> -v- <br><br> WILLIAM PRYM GMBH & CO., KG, et al. <br><br> Defendant. | Case No._____ <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

PLAINTIFF, INTRATEXT, SA    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 11/01/2007

Signature of Attorney

**Attorney Bar Code:** RK-3100

Form Rule7_1.pdf  SDNY Web 10/2007